AshDoN Schexnador # 51670-074\Antonio Crawford # 43793-424
*Name and Prisoner/Booking Number*

UNiTED STATES Penientiary
*Place of Confinement*

P.o.box 24550
*Mailing Address*

Tucson, AZ 85734
*City, State, Zip Code*

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑    LODGED ☐
RECEIVED    COPY

9    JAN 3 2022    9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

(1) ASHDoN "Ashliegh" Schexnayder,
*(Full Name of Plaintiff)*
(2) ANToNio "Asia" CRAwFoRD

Plaintiff,

v.

(1) MiCHAEl CArVaJal ,
*(Full Name of Defendant)*
(2) CAtriCia HowARD ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-2-TUC-JCH(PSOT)
*(To be supplied by the Clerk)*

Class ActioN
**CIVIL RIGHTS COMPLAINT**
**BY A PRISONERS**
In suPRoRt oF Attached memorandum
oF law

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: UNiTED States Penientiary Tucson, AZ .

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1. Name of first Defendant: _See Attached  Memo  of law_ . The first Defendant is employed
as: _Page  2_ _____ at _____ .
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　(Institution)

2. Name of second Defendant: _See Attached memo_ . The second Defendant is employed as:
as: _Page  2_ _____ at _____ .
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　(Institution)

3. Name of third Defendant: _____ . The third Defendant is employed
as: _____ at _____ .
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　(Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed
as: _____ at _____ .
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　(Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS
_First Plaintiff_

1. Have you filed any other lawsuits while you were a prisoner?　　☐ Yes　　☑ No

2. If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

　　a.  First prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____ .
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____ .

　　b.  Second prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____ .
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____ .

　　c.  Third prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____ .
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _See attached memo of law Page 9_

2.  **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities       ☐ Mail          ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property     ☐ Exercise of religion   ☐ Retaliation
    ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    _See attached memo of law Page 3 - 9_
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _See attached memo of law Page 3 → 9_
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?          ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Administrative remedies unavailable_
    _____

3

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count II.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail        ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5.   **Administrative Remedies.**
    a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?       ☐ Yes     ☐ No
    b.   Did you submit a request for administrative relief on Count II?       ☐ Yes     ☐ No
    c.   Did you appeal your request for relief on Count II to the highest level?    ☐ Yes     ☐ No
    d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

See (attached memo of law  page 9 - 10)

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12 - 27 - 21
DATE

SIGNATURE OF PLAINTIFF
Ashdon Schexnayder

Signature of Plaintiff
Antonio Crawford

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Previous Lawsuits
2nd  Plaintiff

First Prior Lawsuit: Crawford v. U.S.
case # 18 C 5803 Ill. nd      Dismissed

Second Prior Lawsuit; Crawford v. Kennely Et. AL.
case # 19 c 48 Il. n.d      Dismissed

Third Prior Lawsuit; Crawford v. J.J. Watson Et. AL.
case # 2:20 c 538 jph dlp s.d.in   This case is
still pending