# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashdon Schexnayder, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Carvajal, et al.,<br><br>Defendants. | NO. CV-22-00002-TUC-JCH (PSOT)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 25, 2022, judgment of dismissal is entered. This case is severed into individual actions, one for each named Plaintiff.  The Clerk of Court must assign a new case number to each new individual action. The First Amended Complaint is dismissed without prejudice and this case is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 25, 2022

By   s/ B. Cortez
      Deputy Clerk